# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Colorado Case: 21-mj-00139-NYW

United States of America
v.
Freddys Gonzalez-Garcia

Case No. 8:21 cr 202

*Defendant*

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
12:00 pm, Aug 12, 2021
JEFFREY P. COLWELL, CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Freddys Gonzalez-Garcia,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846.

Date: 6/9/2021

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08·12·21, and the person was arrested on *(date)* 08·12·21
at *(city and state)* Colorado Springs, Colorado.

Date: 08·12·21

*Arresting officer's signature*

TFO Michael Simonich
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:21 Cr 202 CEH-AEP

21 U.S.C. § 846

FREDDYS GONZALEZ-GARCIA

### INDICTMENT


SEALED

The Grand Jury Charges:

### COUNT ONE

Beginning on an unknown date and continuing through on or about August 30, 2018, in the Middle District of Florida and elsewhere, the defendant,

FREDDYS GONZALEZ-GARCIA

did knowingly and willfully conspire and agree to possess with intent to distribute a controlled substance involving five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. §§ 846 and 841(b)(1)(A).

### FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of 21 U.S.C. § 853.

2.      Upon a conviction of any or all of the violations alleged in Count One of this Indictment, punishable by imprisonment for more than one year, the defendant,

FREDDYS GONZALEZ-GARCIA

shall forfeit to the United States of America, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

3.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred, sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any property of said defendant up to the value of the above forfeitable property.

A TRUE BILL,

*[signature]*
FOREPERSON

KARIN HOPPMANN
Acting United States Attorney

By: *[signature]*
James C. Preston, Jr.
Assistant United States Attorney

By: *[signature]* (For:)
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

3

FORM OBD-34

June 21 No. _____

---

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

---

THE UNITED STATES OF AMERICA

vs.

FREDDYS GONZALEZ-GARCIA

---

INDICTMENT

Violations: 21 U.S.C. § 846

---

A true bill,

_____
Foreperson

---

Filed in open court this _____ day

of June, 2021.

_____
Clerk

---

Bail $_____

---