PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** U.S. District Court for the District of Colorado
901 19th Street
Denver, CO 80294

[✓] **Original Notice**
**Date:** 08/20/2021
**By:** s/J. Salzman

[ ] **Notice of Disposition**
**Date:**
**By:**

**Defendant:** Freddys Eduardo Gonzalez
**Date of Birth:** 1971
**SSN:** none provided

**Case Number:** 21-mj-139-NYW
**Place of Birth:** Cuba

**Notice of Court Order** (Order Date:  08/20/2021  )

[ ] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

[X] The above-named defendant surrendered passport number  488703736  and/or passport card number _____ to the custody of the U.S. District Court on  08/20/2021 .

**NOTICE OF DISPOSITION**

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.

[ ] Defendant not convicted – Document returned to defendant.

[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court