FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2022 FEB -4  PM 2: 05

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

United States of America,

Plaintiff,                              Case No. 1:21-mj-00139-NYW-01

Vs.

Freddys Gonzalez-Garcia,

Defendant.

_____/

## TENDER OF FUNDS

Comes Now, the Defendant, Freddys Gonzalez-Garcia and

Tender Funds to the Plaintiff.



AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

District of Colorado

United States of America

v.

Freddys Gonzalez-Garcia

*Defendant*

Case No.   1:21-mj-00139-NYW-01

## APPEARANCE BOND

### Defendant's Agreement

I, Freddys Gonzalez-Garcia (*defendant*), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

(  )  to appear for court proceedings;

(  )  if convicted, to surrender to serve a sentence that the court may impose; or

(  )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1)  This is a personal recognizance bond.

(  ) (2)  This is an unsecured bond of $  10,000.00

(  ) (3)  This is a secured bond of $ _____ , secured by:

(  )  (a) $ _____ , in cash deposited with the court.

(  )  (b) the agreement of the defendant and each surety to forfeit the following cash or other property
*(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

(  )  (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

## Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 199A (Rev. 06/19) Order Setting Conditions of Release                                                      Page 1 of ____4____ Pages

# UNITED STATES DISTRICT COURT
### for the
District of Colorado

United States of America                    )
                                             )
v.                                           )         Case No.   1:21-mj-00139-NYW-01
                                             )
Freddys Gonzalez-Garcia                      )
                    *Defendant*               )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  Sam M. Gibbons V.S. Courthouse, 801 North Florida Ave.,
                               _____
                                                        *Place*
     2nd Floor, Tampa, FL 33602  9-1-2021 at 2 pm
     _____

on   as directed
     _____
                                      *date and time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

| | |
|---|---|
| **From:** | COD_ENotice@cod.uscourts.gov |
| **To:** | COD_ENotice@cod.uscourts.gov |
| **Subject:** | Activity in Case 1:21-mj-00139-NYW USA v. Gonzalez-Garcia Bond Hearing |
| **Date:** | Friday, August 20, 2021 3:44:04 PM |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court - District of Colorado**

**District of Colorado**

**Notice of Electronic Filing**

The following transaction was entered on 8/20/2021 at 3:42 PM MDT and filed on 8/20/2021
**Case Name:**       USA v. Gonzalez-Garcia
**Case Number:**    1:21-mj-00139-NYW
**Filer:**
**Document Number:** 9(No document attached)

**Docket Text:**
**MINUTE ENTRY for Bond Hearing as to Freddys Gonzalez-Garcia held on 8/20/2021 before Magistrate Judge S. Kato Crews. Defendant present in custody. Conditions of bond set. Defendant advised of conditions of bond and remanded for processing and release. Defendant shall report to probation immediately after release today to get set up with the GPS unit. Defendant will be supervised by the Colorado Springs probation office. Defendant is ORDERED to appear in the charging district on 9/1/2021 at 2:00 p.m. (Total time: 15 minutes, Hearing time: 10:04-10:19)**

**APPEARANCES: Laura Cramer-Babycz on behalf of the Government, Stephanie Snyder on behalf of the defendant, Josh Roth on behalf of pretrial. FTR: SKC-CRD. Interpreter: Cathy Bahr. (bwilk, ) Text Only Entry**

1:21-mj-00139-NYW-1 Notice has been electronically mailed to:

Martha Ann Paluch     Martha.paluch@usdoj.gov, CaseView.ECF@usdoj.gov, stephanie.price@usdoj.gov, usaco.ecfcriminal@usdoj.gov

Stephanie Maureen Snyder     stephanie_snyder@fd.org, co.ecf@fd.org, juanita_west@fd.org

1:21-mj-00139-NYW-1 Notice has been mailed by the filer to:



# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                     CASE NO: 8:21-cr-202-CEH-AEP

FREDDYS GONZALEZ-GARCIA

## ORDER

This cause is before the Court following a status conference held on September 21, 2021. At the hearing, defense counsel moved for a continuance of trial until the December 2021 trial term. The Government had no objection.

Accordingly, the oral motion is **GRANTED**. This case is continued until the December 2021 trial term, commencing DECEMBER 6, 2021. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated on the record at the status conference, the Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant(s) in a speedy trial. The Court, therefore, determines that the time from today until the end of the December 2021 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

Another status conference is scheduled for **November 16, 2021 at 9:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida on September 24, 2021.

*Charlene Edwards Honeywell*

Charlene Edwards Honeywell
United States District Judge

Copies:
Counsel for Defendant
United States Attorney
United States Magistrate Judge
United States Marshal Service
United States Probation Office
United States Pretrial Services

I CERTIFY THE FOREGOING TO BE A TRUE
AND CORRECT COPY OF THE ORIGINAL
CLERK OF COURT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
BY:
DEPUTY CLERK

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

MIDDLE _____ District of _____ FLORIDA

## EXEMPLIFICATION CERTIFICATE

I, _____ ELIZABETH WARREN _____ Clerk of this United States District Court,
keeper of the records and seal, certify that the attached documents:

8:21-cr-202-CEH-AEP: ORDER (DOCUMENT 20)

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at

_____ TAMPA, FLORIDA _____ on _____ 10/15/2021 _____
City                                                                          Date

CARLA ROBERTS

ELIZABETH WARREN
_____
Clerk                                                      (By) Deputy Clerk

I, _____ CHARLENE EDWARDS HONEYWELL _____, a Judicial Officer of this Court,
certify that _____ ELIZABETH WARREN _____, named above, is and was on the date noted,
Clerk of this Court duly appointed and sworn, and keeper of the records and seal, and that this certificate, and
the attestation of the record, are in accordance with the laws of the United States.

October 15, 2021                    Charlene Edwards Honeywell
_____                                      _____
Date                                              Signature of Judge

UNITED STATES DISTRICT JUDGE
_____
Title

I, _____ ELIZABETH WARREN _____, Clerk of this United States District Court,
keeper of the seal, certify that the Honorable _____ CHARLENE EDWARDS HONEYWELL _____,
Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified,
and that I am well acquainted with the Judge's official signature and know and certify the above signature
to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at _____
_____ TAMPA, FLORIDA _____ in this State, on _____ 10/15/2021 _____
City                                                                          Date

ELIZABETH WARREN                         CRoberts
_____                                      _____
Clerk                                              (By) Deputy Clerk

Print    Save As    Export as PDF    Retrieve PDF File    Reset

AO 132 (Rev. 12/03) Exemplification Certificate

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

## EXEMPLIFICATION CERTIFICATE

I, ELIZABETH WARREN , Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents:

8:21-CV-202-CEH-AEP: ORDER (DOCUMENT 20)

are true copies of records of this Court.

In testimony whereof, I sign my name and affix the seal of this Court, in this District, at
TAMPA, FLORIDA on 10/15/2021
City Date

ELIZABETH WARREN CARLA ROBERTS
Clerk (By) Deputy Clerk

I, CHARLENE EDWARDS HONEYWELL , a Judicial Officer of this Court, certify that ELIZABETH WARREN , named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

October 15, 2021            Charlene Edwards Honeywell
Date                        Signature of Judge

UNITED STATES DISTRICT JUDGE
Title

I, ELIZABETH WARREN , Clerk of this United States District Court, keeper of the seal, certify that the Honorable CHARLENE EDWARDS HONEYWELL ,
Judge
named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at
TAMPA, FLORIDA in this State, on 10/15/2021
City Date

ELIZABETH WARREN CRoberts
Clerk (By) Deputy Clerk

# CERTIFICATE OF SERVICE

I, Freedys Gonzalez- Garcia, hereby certify that on February 4 , 2022, I

hand delivered/filed an original Copy of the TENDER OF FUNDS

document to the following party in interest:

UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

901-19th Street

Denver, CO 80294-3589


Sincerely

Freedys Gonzalez -Garcia
7673 Bonterra Lane
Colorado Springs, CO [80925]

UCC 1-308